No. 675. UNITED STATES *v.* KNOX. Appeal from D. C. W. D. Tex. Probable jurisdiction noted and case set for oral argument immediately following No. 934 [certiorari granted, 393 U. S. 1079]. *Solicitor General Griswold,* former *Assistant Attorney General Vinson, Assistant Attorney General Wilson, Beatrice Rosenberg, Jerome M. Feit,* and *Charles Ruff* for the United States. *J. Edwin Smith* for appellee.

No. 1120. GOLDBERG, COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK *v.* KELLY ET AL. Appeal from D. C. S. D. N. Y. Probable jurisdiction noted and case set for oral argument immediately following No. 634, *ante,* p. 970. The Solicitor General is invited to file a brief expressing the views of the United States. *J. Lee Rankin, Stanley Buchsbaum,* and *John J. Loflin* for appellant. *Martin Garbus* for appellees.

No. 1133. MILLS ET AL. *v.* ELECTRIC AUTOLITE CO. ET AL. C. A. 7th Cir. Certiorari granted. The Solicitor General is invited to file a brief expressing the views of the United States. *Arnold I. Shure, Robert A. Sprecher,* and *Mozart G. Ratner* for petitioners. *Albert E. Jenner, Jr.,* and *Jerold S. Solovy* for respondents.